IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LISA COGBURN                                                    PLAINTIFF

vs.                      Civil No. 6:15-cv-06030

CAROLYN W. COLVIN                                DEFENDANT
Commissioner, Social Security Administration

## **MEMORANDUM OPINION**

On April 7, 2015, Lisa Cogburn ("Plaintiff") filed this Motion for Voluntary Dismissal. ECF No. 8.  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 6.  Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Because Defendant has not yet filed an answer in this matter, Plaintiff is entitled to a voluntary dismissal of this action.  FED. R. CIV. P. 41(a)(1).  Accordingly, the undersigned **GRANTS** Plaintiff's Motion for Voluntary Dismissal (ECF No. 8) and dismisses Plaintiff's case without prejudice.

**ENTERED this 18th day of May 2015.**

                                                                    /s/   Barry A. Bryant
                                                                    HON. BARRY A. BRYANT
                                                                    U.S. MAGISTRATE JUDGE