IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LISA COGBURN                                                                                              PLAINTIFF

vs.                                          Civil No. 6:15-cv-06030

CAROLYN W. COLVIN                                                                                    DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

In accordance with the Memorandum Opinion entered in the above-styled case on today's date, the Court hereby orders Plaintiff's case **DISMISSED** without prejudice.

**ENTERED this 18th day of May 2015.**

                                                   /s/   Barry A. Bryant
                                                 HON. BARRY A. BRYANT
                                                 U.S. MAGISTRATE JUDGE